02-11-318-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00318-CR

 

 


 
 
 Kesha Minhinnett
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

------------

 

FROM County
Criminal Court No. 4 OF Denton COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

We
have considered the “Appellant’s Motion To Dismiss Appeal and Expedite Mandate.” 
The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex.
R. App. P. 42.2(a).  No decision of this court having been delivered before we received
this motion, we grant the motion and dismiss the appeal. See id.; Tex.
R. App. P. 43.2(f).  Upon
agreement of the parties, the mandate will issue immediately.  See id.
18.1(c).

 

PER
CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

 

DELIVERED:  December 8, 2011

 








 









[1]See
Tex. R. App. P. 47.4.